UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-00269-CRC |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' REPORT SUBMITTED IN RESPONSE TO
THIS COURT'S MINUTE ORDER OF NOVEMBER 27, 2017**

Pursuant to this Court's Minute Order of November 27, 2017, defendants hereby submit this Report to clarify "the current posting status of the categories of records sought by the plaintiffs." Although plaintiffs do not base this action on a properly-submitted FOIA request, it appears from the complaint that plaintiffs seek retrospective and prospective relief pertaining to four general categories of records, including records obtained or generated in the future: (a) research facility annual reports; (b) inspection reports; (c) lists of entities licensed under the Animal Welfare Act (AWA); (d) regulatory correspondence and enforcement records. *See* Compl. ¶¶ 1, 30. On August 18, 2017, defendants announced the rollout of a refined public search tool and addressed these categories in a Chart published on its website. *See* ECF Nos. 36, 37. This report clarifies and supplements the Chart with respect to the various categories. As defendants have previously noted, *see* ECF No. 37, this information is not relevant to the jurisdictional defects identified in the motion to dismiss, except to underscore the ripeness

1

problems apparent on the face of the complaint, which challenges the agency's February 3, 2017 removal decision.

(a) <u>Research facility annual reports</u>:

APHIS has reposted all previously-posted research facility annual reports. Specifically, it has reposted all annual reports for research facilities dated FY 1999 through 2015 in the same redacted form that they were posted prior to February 3, 2017. APHIS intends to continue posting annual reports going forward consistent with its practice prior to February 3, 2017.

(b) <u>Inspection reports</u>:

Consistent with its practice prior to February 3, 2017, APHIS is now posting all inspection reports for the most recent three-year period, though it has not yet posted the animal inventories that accompany those reports, and some reports are more heavily redacted than they were previously. Inspection reports for individuals (as opposed to entities) or for businesses that are co-located with personal residences (i.e., homestead businesses), are now subject to more extensive redactions of personal identifying information to address privacy concerns. Inspection reports of universities, research institutions, and certain businesses contain the same types of limited privacy redactions that they had prior to February 3, 2017. As noted in the August announcement, APHIS continues to review animal inventories, the part of the inspection reports that reflects the type and number of animals present at a location or observed by inspectors during inspections. For this reason, the newly posted inspection reports do not include animal inventories, though APHIS intends to make this information available in the future after it completes its review for accuracy.

As was the case prior to February 3, 2017, APHIS's posting of inspection reports is limited to the most recent three-year period. Thus, APHIS posts new inspection reports on a

rolling basis, while removing the oldest inspection reports that are more than three years old. Since August 18, 2017, APHIS has posted approximately 1,859 newly generated inspection reports for inspections that took place between approximately July 21, 2017, and October 31, 2017.

(c) Lists of Entities Licensed under AWA:

APHIS is posting the monthly list of active (current) licensees and registrants that are regulated under the AWA on the agency's website. Although a "real time" list has not been accessible in the ACIS public search tool since February 3, 2017, the list has otherwise remained available to the public in a static pdf format on the agency's website in accordance with 9 C.F.R. § 2.127. The current list, dated November 13, 2017, may be obtained at the following link: https://www.aphis.usda.gov/animal_welfare/downloads/List-of-Active-Licensees-and-Registrants.pdf.

(d) Regulatory correspondence and enforcement records

Prior to February 3, 2017, APHIS posted regulatory correspondence and enforcement records on its website, in a location separate from the ACIS public search tool. These records were comprised of (i) regulatory correspondence (specifically, official warnings also referred to as APHIS Form 7060s); (ii) pre-litigation settlement agreements (also referred to as voluntary settlement agreements or stipulations); (iii) administrative complaints; and (iv) administrative decisions and orders (including consent decisions and orders, default decisions, initial decisions and orders, final decisions and orders, and dismissal orders).

Although previously posted on the APHIS website, administrative decisions and orders are official records of USDA's Office of Administrative Law Judges and Office of the Judicial

Officer.  Such records are still available to the public via the respective websites of those offices. *See* https://www.oaljdecisions.dm.usda.gov/; https://www.dm.usda.gov/ojo

However, APHIS does not intend to repost records involving possible AWA violations that are unadjudicated, such as official warnings, pre-litigation settlement agreements, and administrative complaints.  Instead, APHIS posts statistical summaries each fiscal quarter. APHIS posted the FY 2017 statistical summary on November 9, 2017 (which represents the fourth quarter posting for FY 2017).  The statistical summary includes the number of cases APHIS initiated, the number of official warnings and settlement agreements APHIS issued (and the monetary penalties assessed therewith), the number of referrals APHIS submitted to the Office of General Counsel (OGC) for consideration of administrative enforcement action, the number of administrative complaints OGC filed on behalf of APHIS, the number of administrative decisions issued and the civil penalties associated therewith.  Moving forward, APHIS intends to post the statistical summaries following the close of the fiscal year quarters (i.e., roughly January 2018, April 2018, July 2018, and October 2018).

Dated:  December 4, 2017    Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director
Civil Division

 /s/ Peter M. Bryce_____
PETER M. BRYCE
(IL Bar No. 6244216)
Senior Counsel
ANJALI MOTGI
Trial Attorney (TX Bar No. 24092864)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7138
Washington, D.C. 20530
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov
<u>Attorney for Defendant</u>