UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, ET AL., )<br>)<br>Defendants. ) | Civ No. 1:17-cv-00269-CRC |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of January 24, 2020, the parties file this joint status report to inform the Court regarding the United States Department of Agriculture's ("USDA") efforts to comply with the requirements of the Further Consolidated Appropriations Act, 2020, ("Appropriations Bill"), Pub. L. No. 116-94, and the impacts of those efforts on the claims in both *PETA v. Dep't of Agriculture* ("*PETA 1*"), No. 17-cv-0269-CRC (D.D.C.) and *PETA v. Dep't of Agriculture* ("*PETA 2*"), No. 18-cv-0887-CRC (D.D.C.).

On February 18, 2020, the USDA informed the public and Plaintiffs that it had reposted certain records in compliance with the Appropriations Bill that are at issue in *PETA 1* and *PETA 2*. Additionally, the USDA stated that, pursuant to the Appropriations Bill, the agency would also post other records at issue in these cases "within 60 days." *See* USDA, *APHIS Restores Online Animal Welfare Act Records*, aphis.usda.gov/aphis/newsroom/stakeholder-info/SA_By_Date/SA-2020/SA-02/awa-records (Feb. 18, 2018).

Since the USDA's posting on February 18, 2020, Plaintiffs have been reviewing the

reposted materials, and as a result of this review Plaintiffs have conveyed to Defendants a set of preliminary concerns with the USDA's actions to date and its intentions moving forward. For example, Plaintiffs note that because the USDA has stated that it will post certain records at issue "within 60 days" from February 18, 2020—but has not yet done so—it is not yet clear whether the USDA intends to post all of the records to which Plaintiffs have sought access through this litigation.

Nevertheless, the parties agree that the USDA's actions so far have at least narrowed the issues in *PETA 1* and *PETA 2* by providing online access to certain records that is substantially similar to the access Plaintiffs sought in these cases.[1] Additionally, the parties believe that the USDA's actions "within 60 days" of February 18, 2020 will likely narrow the issues further and have the potential to render continued litigation in these cases unnecessary.

As such, the parties respectfully request that the Court extend the stay in *PETA 1* and *PETA 2* that the Court granted through its Minute Order of January 24, 2020. To allow the USDA time to post additional materials "within 60 days" from February 18, 2020, and to allow the parties 30 additional days to review such materials and confer regarding the extent to which such posting may further narrow the issues in these cases, the parties request that the stay be extended until May 18, 2020, at which time the parties propose filing another joint status report.

Respectfully submitted,

/s/ William N. Lawton
William N. Lawton
D.C. Bar No. 1046604

---

[1] Plaintiffs do not believe the actions under the Appropriations Bill are identical to what FOIA requires and have some concerns that the actions under the Appropriations Bill may not entirely satisfy the USDA's duties under FOIA. However, Plaintiffs do recognize that access to the information is the basic relief sought in these cases, and believe that the posting of records under the Appropriations Bill will, at the very least, narrow the claims brought under FOIA.

2

Eubanks & Associates, LLC
1509 16th Street NW
Washington, DC 20036
nick@eubankslegal.com
(202) 556-1243

Counsel for Plaintiffs


JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division

s/ Peter M. Bryce
PETER M. BRYCE
(IL Bar No. 6244216)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335
Fax: (202) 616-8470
E-mail: peter.bryce@usdoj.gov

Attorney for Defendant