UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ No. 1:17-cv-0269-CRC |
| UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of March 3, 2020, the parties file this joint status report to update the Court as to whether any issues remain in *PETA v. Dep't of Agriculture* ("*PETA 1*"), No. 17-cv-0269-CRC (D.D.C.) and *PETA v. Dep't of Agriculture* ("*PETA 2*"), No. 18-cv-0887-CRC (D.D.C.). As the parties discussed in their previous Joint Status Report, the United States Department of Agriculture ("USDA") has been posting records on the internet under the Further Consolidated Appropriations Act, 2020, ("Appropriations Act"), Pub. L. No. 116-94. Because the USDA's postings under the Appropriations Act include records at issue in *PETA 1* and *PETA 2*, the parties have been engaged in discussions of the degree to which any issues may remain in these cases.

At this time, the parties believe it will likely be possible to work out a mutually agreeable resolution of both *PETA 1* and *PETA 2* that will not require further briefing or decision by the Court. Accordingly, the parties respectfully request that the Court extend the stay in *PETA 1* and *PETA 2* that the Court granted through its Minute Order of January 24, 2020 and extended

through its Minute Order of March 3, 2020. To allow time for the parties to negotiate a mutually agreeable resolution of these matters, the parties respectfully request that the stay be extended for another 60 days, until July 17, 2020. If the cases remain pending at that time, the parties propose to file another joint status report.

    Respectfully submitted,

    /s/ William N. Lawton
    William N. Lawton
    D.C. Bar No. 1046604
    Eubanks & Associates, LLC
    1509 16th Street NW
    Washington, DC 20036
    nick@eubankslegal.com
    (202) 556-1243

    Counsel for Plaintiffs


    JOSEPH H. HUNT
    Assistant Attorney General

    MARCIA BERMAN
    Assistant Branch Director
    Civil Division

    s/ Peter M. Bryce
    PETER M. BRYCE
    (IL Bar No. 6244216)
    Senior Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W., Rm 11220
    Washington, D.C. 20005
    Tel: (202) 616-8335
    Fax: (202) 616-8470
    E-mail: peter.bryce@usdoj.gov

    Attorney for Defendant